STATE OF NEW JERSEY v. CALVIN NESMITH.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROY MATTHEWS.

November 10, 1986.

Leave to appeal is granted, and the matter is summarily reversed and remanded to the Appellate Division for reconsideration in light of *State in the Interest of R.W.*, 104 *N.J.* 14 (1986). Jurisdiction is not retained.